**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JACK SULLIVAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-0114-HE |
| | ) | |
| CARMEN PACHECO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 24, 2026, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation [Doc. #6], recommending the court deny plaintiff's IFP motion and dismiss this action without prejudice to refiling if plaintiff does not pay the $405.00 filing fee in full to the clerk of the court within 20 days of any order adopting the Report and Recommendation. The magistrate judge advised plaintiff of the right to file an objection to the Report and Recommendation on or before March 17, 2026 and the consequences for failure to make a timely objection.

Plaintiff has not filed a timely objection to the Report and Recommendation or requested additional time to file one. The docket reflects previous court orders that were mailed to plaintiff have been returned undeliverable. [Doc. nos. 5 and 7]. Nonetheless, papers sent by the court will be deemed delivered if sent to the last known address given to the court. LCvR5.4. Because no timely objection has been filed, the right to appellate review of the Report and Recommendation has been waived. *See* <u>Moore v. United States</u>, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #6] is **ADOPTED**.  The IFP application [Doc. #2] is **DENIED**.  This case will be dismissed without prejudice to refiling if plaintiff does not pay the $405 filing fee in full to the clerk of the court within 20 days of the date of this order.

**IT IS SO ORDERED**.

Dated this 19th day of March, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

2